ITALO J. FALCONE, CROSS-PETITIONER AND CROSS-RE-
SPONDENT, v. MIDDLESEX COUNTY MEDICAL SO-
CIETY, PETITIONER AND RESPONDENT.

See same case below: 87 *N. J. Super.* 486.

*Messrs. Toolan, Haney & Romond* for petitioner-respon-
dent.

*Messrs. Friedman & D'Alessandro* for respondent-peti-
tioner.

September 21, 1965.   Granted.

LOUIS C. LEHMANN, JR., PLAINTIFF-RESPONDENT, v.
MARY C. KANANE, *ET AL.*, DEFENDANT-PETITIONER.

See same case below: 88 *N. J. Super.* 262.

*Mr. Edward O. Bauer* and *Mr. John P. Higgins* for peti-
tioner.

*Mr. Walter A. Beers* for respondent.

September 21, 1965.   Denied.